12922

HUGHES ET AL. v. WILBURN, ET AL.
KRAEMER HOSIERY CO. v. LIBERTY FABRICS
CORPORATION

(153 S. E., 487)

452

*Mr. L. G. Southard,* attorney for appellants,

*Messrs. Nicholls, Wyche & Byrnes, P. D. Barron* and
*Donald Russell,* for respondent,

May 14, 1930.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

For the reasons assigned by his Honor, Judge Sease, it is the judgment of this Court that the judgment of the Circuit Court be affirmed.

MESSRS. JUSTICES COTHRAN, BLEASE and STABLER concur.

MR. JUSTICE CARTER concurs in result.